UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICK DEON SOLOMON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RALEIGH POLICE DEPARTMENT, ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 5:15-CV-529-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge, to which no objections were timely filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 12, 2015, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 12, 2015, and Copies To:**
Patrick Deon Solomon (via U.S. Mail) 3984 Neeley St., Raleigh, NC 27606


November 12, 2015         JULIE RICHARDS JOHNSTON, CLERK
                            /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk